```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
FRANK WILLIAMS,                               :
                           Plaintiff,         :
                                              :      21 Civ. 11122 (LGS)
            -against-                         :
                                              :            ORDER
NEW YORK CITY HOUSING AUTHORITY, et           :
al.,                                          :
                           Defendants.   X
-------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is currently scheduled for March 23, 2022, at 4:20 p.m.;

WHEREAS, Defendant New York City Housing Authority has appeared, but Defendants Ruben Nieves and Ronald Griffin have not appeared, and Plaintiff has not filed proof of service on the docket.  It is hereby

**ORDERED** that as soon as possible and no later than **March 18, 2022, at noon** Plaintiff shall file either (1) affidavits of service as to Nieves and Griffin or (2) a status letter regarding efforts to serve Defendants Nieves and Griffin.

Dated: March 16, 2022
       New York, New York

                                          _____
                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE