UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FRANK WILLIAMS,
                         Plaintiff,

                         21 Civ. 11122 (LGS)

         -against-

                         ORDER

NEW YORK CITY HOUSING AUTHORITY,
ET AL.,
                        Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Plaintiff served Defendants Ronald Griffin and Ruben Nieves on January 4, 2022;

       WHEREAS, Griffin and Nieves have not appeared in this action.  It is hereby

       **ORDERED** that by **March 25, 2022,** Plaintiff shall file a proposed Order to Show Cause for default judgment as to Griffin and Nieves and related papers as provided in the Court's Individual Rules.

Dated: March 17, 2022
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**