UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK WILLIAMS,

                    Plaintiff,

        -against-

NEW YORK HOUSING AUTHORITY,
RUBEN NIEVES, and RONALD GRIFFIN,

                    Defendants.

Case No. 1:21-cv-11122 (JLR)
**<u>ORDER</u>**

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of the parties' joint letter, dated September 28, 2022, filed in response to the Court's September 14, 2022 Reassignment Order.  ECF No. 44.  In light of parties' ongoing discussions about the possibility of settlement, the parties' request to extend the discovery deadlines is granted.  Accordingly, IT IS HEREBY ORDERED that the parties shall complete fact discovery no later than October 28, 2022, and expert discovery no later than December 16, 2022.  IT IS FURTHER ORDERED that the parties shall submit any pre-motion letters in anticipation of summary judgment motions, in accordance with the Court's Individual Rule 3.I, no later than November 28, 2022.  IT IS FURTHER ORDERED that the parties shall appear for a conference to address any pre-motion letters, or to set a trial schedule, on December 13, 2022, at 2:00 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

If the parties believe they would benefit from a settlement conference before a Magistrate Judge, or mediation through the District's Mediation Program at the close of discovery, they may contact the Court for a referral at that time.

Dated: September 30, 2022
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge